Pages 1

# Memorandum of Facts Points Applicable Adjustment Retroactively: Clarifications of The Laws Constutional Laws §831 Due Process Entitled Relief Sought:

• A • Entitled Retroactively Nov. 2023 Fully Retroactive Feb. 2024 Relief Sought: *

1: Applicable Adjustments:
* 2A3.1 (b)(6) 2G2.2 (b)(6) Amended by
• Striking * "Internet Access Devices" meaning Cellphones Tablets * and <u>inserting</u> * Interactive Computer Services* meaning Real Actual Computers (paid internet provider services) IPs.
* Adjust minus (2 years) 2 enhancement points *

2: * 2G2.2 (b)(3)(F) There was no actual Real Computer usage * Applicable Adjustment minus (Two level enchancement points).

3: * 2G2.6 (b)(4) There was NO using a Computer or interactive computer services * Adjust Applicable minus (Two level enhancement).

X Reamon C. Seaman    1 July 2025

RECEIVED JUL 10 2025 CLERK U.S. DISTRICT COURT

pages 2

- Facts • Points • Amendment 732 Retroactive •

<u>1</u>: 2A3.2(b)(2)(B)(2) is Not Applicable. In Cases where the (victim) is An <u>undercover Agent</u>. (Representing) (himself) to be a (child)(minor) under the Age of Sixteen. 2G1.3(b)(2)(B)(2) •

<u>2</u>: Constutional Law & Due Process Entitled Relief Sought •

A: Rules 29(b) • 29(c) Federal Rules of Criminal Procedure

B: Rules 48(a) Federal Rules of Criminal Procedure Dismissal • indictment • information • With Prejudice • Immediately Release • Removal • Seal • off pacer • Internet • NCIC Removal •

<u>3</u>: That Also Goes for 2G1.3(b)(2)(B)(2) (Does Not)(Apply) in a case:
* in which the only (minor) involved it the (offense 18 USC 2422) is An (undercover) (Law enforcement officer) • (18 USC 2242) (18 USC 2423) •

31285-047
Reamonn Seaman
P.O. Box 5000
Federal Correction
Institution
Greenville, Illinois
62246

LEGAL Mail

SAINT LOUIS MO 630
SAINT LOUIS MO 630
7 JUL 2025 PM 7 L
7 JUL 2025 PM 7 L



RECEIVED
JUL 10 2025
CLERK
U.S. DISTRICT COURT

Attention:
@ Clerk of The Court.
Eight Circuit District
100 Centennial Mall
North. Room 593.
Lincoln, Nebraska
68508-3803